

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erica D. Haywood<br>**Plaintiff,**<br>V.<br>San Diego CA Public Defender, Legal Entity and Attorney; San Diego Police Dept., Government Coalition; Jack In The Box, Franchise Location; McDonald's Corp., Franchise Locations; San Diego County, CA District Attorney, Legal Faction<br>**Defendant.** | Civil Action No. 18cv1761-MMA (BGS)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court:
(1) Dismisses this civil action sua sponte for failure to pay filing fees required by 28 U.S.C. § 1914(a) and as frivolous pursuant to 28 U.S.C. § 1915A(b)(1);
(2) certifies that an IFP appeal from this Order would also be frivolous and therefore, not taken in good faith pursuant to 28 U.S.C. § 1915(a)(3); and
(3) Directs the Clerk of Court to close the file.

Date: 8/30/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
R. Chapman, Deputy